UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN COOPER and WILLIAM KARPACK,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>GREEN POND ANIMAL CARE CENTER, MICHAEL ZIEDER and JOHN DOES 1-5 AND 6-10,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 12-7903 (SRC)<br><br>ORDER |

**CHESLER**, District Judge

　　　This matter having come before the Court on Defendants' motion for summary judgment [docket entry 16] and also upon Plaintiffs' cross-motion for summary judgment [docket entry 23]; and the motions have been fully briefed; and the Court having considered the papers filed by the parties; and the Court opting to rule without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith,

　　　**IT IS** on this 22nd day of May, 2015,

　　　**ORDERED** that Defendants' motion for summary judgment [docket entry 16] be and hereby is **DENIED**; and it is further

　　　**ORDERED** that Plaintiffs' cross-motion for summary judgment [docket entry 23] be and hereby is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Stanley R. Chesler
　　　　　　　　　　　　　　　　　　　　　　　STANLEY R. CHESLER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge